United States District Court
Northern District of California

1

2

3

4                       UNITED STATES DISTRICT COURT

5                       NORTHERN DISTRICT OF CALIFORNIA

6

7    PURE NATURES DESIGN,                    Case No. 20-cv-05802-JSW

          Plaintiff,
8
                                             **ORDER TO DEFENDANTS TO SHOW**
9         v.                                 **CAUSE WHY CASE SHOULD NOT BE**
                                             **DISMISSED AND STAYING FURTHER**
10   JOSEPH BOSWELL, et al.,                  **ACTION**

          Defendants.                        Re: Dkt. Nos. 20, 21
11

12

13          On September 14, 2020, at 11:35 a.m., Plaintiff filed a Notice of Dismissal pursuant to

14   Federal Rule of Civil Procedure 41(a)(1)(A)(i).  In that Notice, Plaintiff "request[ed]" that the

15   Court dismiss the action without prejudice and twice stated that the Court "should grant this

16   motion."  The Court construed the language used by Plaintiff to be asking for an Order granting

17   the notice of dismissal.  Before it could issue such an Order or otherwise terminate the case,

18   Defendants filed their answer and counterclaims, and the Clerk issued a summons.  Defendants

19   filed the answer and counterclaims on September 14, 2020 at 11:48 a.m., *after* they had been

20   served with Plaintiff's notice of dismissal.

21          Notwithstanding the language Plaintiffs used in the notice, because Defendants had not yet

22   filed their answer at the time Plaintiffs filed the notice of dismissal, a Court order was not required

23   to make that dismissal effective.  Accordingly, Defendants are HEREBY ORDERED TO SHOW

24   CAUSE by September 23, 2020, why the Court should terminate this case pursuant to Plaintiffs'

25   notice.  *Cf.* Fed. R. Civ. P. 41(a)(2) ("If a defendant has pleaded a counterclaim *before* being

26   served with the plaintiff's motion to dismiss, the action may be dismissed over the defendant's

27   objection only if the counterclaim can remain pending for independent adjudication.")

28          The Court STAYS all further action in this case pending resolution of the Defendants'

1    response to this Order to Show Cause.

2         **IT IS SO ORDERED.**

3    Dated: September 16, 2020

4    _____
     JEFFREY S. WHITE
5    United States District Judge